NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE J.R. ESPINOZA, | No. 17-17002 |
| Plaintiff-Appellant, | D.C. No. 1:17-cv-00338-SAB |
| v. | |
| D. DIAZ, Correctional Counselor I at California City Correctional Facility; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Stanley Albert Boone, Magistrate Judge, Presiding

Submitted January 16, 2018**

Before:     REINHARDT, TROTT, and HURWITZ, Circuit Judges.

California state prisoner Jose J.R. Espinoza appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging

constitutional claims arising from information in Espinoza's classification file.  We

have jurisdiction under 28 U.S.C. § 1291.  We review de novo whether the

---

        *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

        **     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

magistrate judge validly entered judgment on behalf of the district court.  *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014).  We vacate and remand.

Espinoza consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636(c).  The magistrate judge then screened and dismissed Espinoza's action before the named defendants had been served.  *See* 28 U.S.C. §§ 1915A, 1915(e)(2)(B).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**